IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM JEFF LONG                                                    PLAINTIFF
ADC #658666

v.                              No: 3:17-cv-00313 JLH-PSH

BECKY HITT, *et al.*                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 17th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE